**No. 10-7618. Rodger Lee Moran, Petitioner v. United States.**

562 U.S. 1156, 131 S. Ct. 953, 178 L. Ed. 2d 786, 2011 U.S. LEXIS 485.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 612 F.3d 684.